AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HAYLEY JONES
    Plaintiff

v.                                                      Civil Action No.  1:19-cv-271

BOS-STAR INC

SENAD KESEROVIC
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the Plaintiff(s), __Hayley Jones__ recover from the Defendant(s) __BOS-Star Inc and Senad Keserovic__ damages in the amount of __Seventeen Thousand Ninety-Nine and 30/100__ dollars __($17,099.30)__, plus post-judgment interest at the rate of __1.55__ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☐ Other: _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by __Judge Holly A. Brady__ on __Plaintiff's Supplemental Motion for Default Judgment__

DATE: __2/6/2020__                            ROBERT TRGOVICH, CLERK OF COURT
                                                                      by __/s/ S. Kowalsky__
                                                                           *Signature of Clerk or Deputy Clerk*