AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HAYLEY JONES
    Plaintiff

v.      Civil Action No.:  1:19-cv-271

BOS-STAR INC

SENAD KESEROVIC
    Defendant(s)

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the Plaintiff, Hayley Jones recover from the Defendant(s) BOS-Star Inc and Senad Keserovic, jointly and severally, damages in the amount of Seventeen Thousand Ninety-Nine and 30/100 dollars ($17,099.30), plus post-judgment interest at the rate of 1.55 %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff

☐ Other:

This action was (*check one*):

☐ tried to a jury with Judge
presiding, and the jury has rendered a verdict.

☐ tried by Judge
without a jury and the above decision was reached.

**X** decided by Judge Holly A. Brady on Plaintiff's Supplemental Motion for Default Judgment.

DATE:  2/7/2020       ROBERT TRGOVICH, CLERK OF COURT
    by  /s/ S. Kowalsky
    *Signature of Clerk or Deputy Clerk*